FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2013 MAR 20 AM 11: 1

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| HAOP, LLC, a Georgia Limited Liability Co.; MONTPELIER, LLC, a Virginia Limited Liability Co.; and PAUL F. LARNER;<br><br>　　Plaintiffs,<br><br>v.<br><br>HAMPTON ISLAND, LLC, a Georgia Limited Liability Co.; HAMPTON ISLAND CLUB, LLC, a Georgia Limited Liability Co.; RONALD S. LEVENTHAL; BIANCA CROFT; and HAMPTON ISLAND MANAGEMENT, INC.;<br><br>　　Defendants. | CASE NO. CV412-121 |

## O R D E R

Before the Court is Plaintiffs' Notice of Dismissal Without Prejudice. (Doc. 27.) Pursuant to Federal Rule of Civil Procedure 41(a)(2), "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper." Defendants have no objection to the dismissal. (Doc. 29.) After careful consideration, Plaintiff's request is **GRANTED** and this case is **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs and attorney fees. As a result of the dismissal, all

pending motions are **DISMISSED AS MOOT**. (Docs. 7, 8, 9, 11, 26.) The **Clerk of Court** is **DIRECTED** to close this case.

SO ORDERED this 20th day of March 2013.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA